# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0702

VERSUS

SHANE BADEAUX                                          **AUGUST 29, 2022**

---

In Re:   Shane Badeaux, applying for supervisory writs, 17th
         Judicial District Court, Parish of Lafourche, No.
         548,739.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the "motion to vacate an illegal habitual offender adjudication," the district court ruling, the habitual offender adjudication proceeding transcript, the bill of information, the habitual offender bill of information, the uniform commitment order, pertinent district court minutes, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT